AO 91 (Rev. 11/11)  Criminal Complaint                                    RRR/mcd 2021R00344

# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

Jul 26, 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Thomas Patrick Connally, Jr., | ) | Case No.  21-mj-2170-TJS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Dec. 28, 2020 to July 21, 2021  in the county of  Montgomery  in the
_____ District of  Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(b)(4); | Threats Against A Federal Official; |
| 18 U.S.C. § 875(c) | Interstate Communication Containing a Threat to Harm |

This criminal complaint is based on these facts:

See affidavit

☐ Continued on the attached sheet.

_____
*Brett D. Rowland*
Complainant's signature

SA Brett D. Rowland/HHS OIG
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  July 26, 2021                           _____
                                                                Judge's signature

City and state:    Greenbelt, Maryland         Hon. Timothy J. Sullivan, U.S. Magistrate Judge
                                                                Printed name and title