Case 8:21-mj-02170-TJS Document 1-1 Filed 07/26/21 Page 1

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

Jul 26, 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____MD____ Deputy

RRR/JCC: USAO 2021R00344

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 21-mj-2170-TJS |
| | * | |
| THOMAS PATRICK CONNALLY, JR., | * | **FILED UNDER SEAL** |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brett D. Rowland, a Special Agent with the U.S. Department of Health and Human Services - Office of Inspector General ("HHS-OIG"), being duly sworn, depose and state as follows:

### Introduction

1. I am an investigative and law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been employed as a Special Agent with HHS-OIG for approximately eleven years. Prior to my employment with HHS-OIG, I was employed as a Special Agent for the U.S. Department of State, Bureau of Diplomatic Security ("DSS") for approximately four years. In the performance of my duties as a Special Agent for HHS-OIG and DSS, I have led, conducted, and participated in the protection of Cabinet-level Secretaries, Ambassadors, Foreign Dignitaries, and Heads of State, and conducted investigations pertaining to violations of federal laws involving threats to government officials, passport and visa fraud, and health care fraud.

1

2. I set forth below only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this Affidavit is based on my personal knowledge, review of documents and other evidence, and conversations with other law enforcement officers and other individuals.

3. Based on the information below, I respectfully submit that there is probable cause to believe that **THOMAS PATRICK CONNALLY, JR. ("CONNALLY")** committed violations of 18 U.S.C. § 115(b)(4) (Threats Against a Federal Official) and 18 U.S.C. § 875(c) (Interstate Communication Containing a Threat to Harm) from approximately December 28, 2020, to July 21, 2021.

**Probable Cause**

I. **Introduction**

4. In response to a growing number of threats directed against the current Director of the National Institute of Allergy and Infectious Diseases ("NIAID"), Dr. Anthony Fauci, and in order to provide a safe and secure environment within which the Unites States' response to the COVID-19 pandemic could be conducted, HHS-OIG began protective operations around Dr. Fauci in March 2020. Part of those protective operations involve the vetting of threats received by various means, including mail, voicemail, and emails. Some of these threats have been sent to Dr. Fauci at the NIAID. NIAID is a part of the National Institutes of Health ("NIH"), located in Bethesda, Maryland. Dr. Fauci also currently serves as the President of the United States' Chief Medical Advisor.

## II.    Threats to Dr. Fauci

5.    On December 28, 2020,[1] Dr. Fauci received at his NIH email account the following two emails with the subject line, "Hope you get a bullet in your compromised satanic skull today":

| From: | naturtheateralhena |
|---|---|
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Cc: | |
| Subject: | Hope you get a bullet in your compromised satanic elf skull today |
| Date: | Monday, December 28, 2020 10:32:35 PM |

Dear Anthony Fauci,

Every time I see your sickening elf visage I literally get sick. You are a lying sack of shit, all the way back to your bullshit HIV scam. You are a sickening, compromised, satanic freemason criminal, and I hope you get a rope around your vile elf neck, and a bullet in your disgusting elf face tonight. Hope someone takes a baseball bat to your dirty lying elf skull and puts your out of your misery, you sickening vile piece of criminal DOG SHIT.

Why were you afraid to debate Kary Mullis about the PCR test, you dirty little fucking elf? HOPE SOMEONE TAKES A BASEBALL BAT AND SMASHES YOUR EYEBALLS OUT, SICKENIONG VILE LITTLE FUCKING ELF

Sent with ProtonMail Secure Email.



RE: Hope you get a bullet in your compromised satanic elf skull today

naturtheateralhena <naturtheateralhena@protonmail.com>
To: Fauci, Anthony (NIH/NIAID) [E]

Reply    Reply All    Forward    ...

Mon 12/28/2020 10:34 PM

I would encourage your to put a guh in your mouth and pull the trigger, you disgusting piece of elf garbage, because you will wish you were dead when I'm finished bludgeoning your disgusting elf freemason skull into the pavement.

Sent with ProtonMail Secure Email.

The email was sent from naturtheateralhena@protonmail.com.

6.    The email provider for naturtheateralhena@protonmail.com is ProtonMail, which is a provider of secure, encrypted email services based in Switzerland. Emails sent to the NIH are opened and received at NIH in Bethesda, Maryland.

---

[1] All dates and times are approximate, omitting "on or about" for brevity.

7. On April 24, 2021, at approximately 10:05 p.m., Dr. Fauci received a third threatening email from the naturtheateralhena@protonmail.com email account:

> From: naturtheateralhena
> To: Fauci, Anthony (NIH/NIAID) [E]
> Subject: 6 mandatory shots to your disgusting elf skull
> Date: Saturday, April 24, 2021 10:05:43 PM
>
> You will hunted, captured, tortured and killed, you sickening, vile, disgusting liar and fraud, you vile, disgusting satanic elf.
>
> Sent with ProtonMail Secure Email.

8. Following this, from approximately 10:09 p.m. to 10:12 p.m. on April 24, 2021, the naturtheateralhena@protonmail.com email account sent Dr. Fauci a series of six emails threatening him and his family, including the following:

> From: naturtheateralhena
> To: Fauci, Anthony (NIH/NIAID) [E]
> Subject: Six mandatory shots in [redacted] skulls
> Date: Saturday, April 24, 2021 10:09:09 PM
>
> You and your disgusting wife and daughters are getting 6 mandatory shots to their disgusting pig snouts while you watch.
>
> You and your entire family will be dragged into the street, beaten to death, and set on fire.
>
> Kary Mullis (RIP) called you a LIAR and a FRAUD. I will call you a MASS MURDERER and you will get the death penalty for being the piece of mass-murdering lying con artist that you are, you disgusting fucking elf.
>
> Sent with ProtonMail Secure Email.

4

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Subject: | RE: 6 mandatory shots to your disgusting elf skull |
| Date: | Saturday, April 24, 2021 10:09:49 PM |

I would encourage you to just blow your own fucking brains out, because you and your entire family of dog shit are about to be dragged into the street and slaughtered.

Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Subject: | RE: Six mandatory shots in ▮▮▮ skulls |
| Date: | Saturday, April 24, 2021 10:10:41 PM |

My work with Fauci Family Lynch Mob precludes me from entertaining any further excuses from the LIAR and FRAUD named Anthony Fauci. You and your dog shit family will be killed.

Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Subject: | RE: 6 mandatory shots to your disgusting elf skull |
| Date: | Saturday, April 24, 2021 10:11:13 PM |

You and your whole disgusting family will be dragged into the street and lynched.

SO MOTE IT BE.

Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Subject: | RE: Six mandatory shots in ▮▮▮ skulls |
| Date: | Saturday, April 24, 2021 10:11:47 PM |

You and your whole family will be strung up in the street, you vile, lying fraud elf.

Sent with ProtonMail Secure Email.

9.     Finally, at 10:12 p.m. on April 24, 2021, naturtheateralhena@protonmail.com sent another threatening email to Dr. Fauci:

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Subject: | RE: Six mandatory shots in ▮▮▮▮▮ skulls |
| Date: | Saturday, April 24, 2021 10:12:41 PM |

I'm going to break every bone in your disgusting elf skull.

Sent with ProtonMail Secure Email.

10.     Around thirty minutes prior to the seven emails with threats directed at Dr. Fauci and his family, Dr. Francis Collins, the current Director of the NIH, received a total of four threatening emails from naturtheateralhena@protonmail.com:

| | |
|---|---|
| From: | naturtheateralhena |
| To: | NIH Executive Secretariat |
| Subject: | Six mandatory shots in your head |
| Date: | Saturday, April 24, 2021 9:34:00 PM |

Drop the "mandatory vaccine" talk, maggot, or you're getting 6 mandatory shots in your worhtless satanist faggot skull. You and your buddies Gates and Soros too, you sick little fuck. I'll smash every tooth out of your faggot skull.

Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | NIH Executive Secretariat |
| Subject: | "white evangelicals" are going to smash your wife"s teeth out with baseball bats |
| Date: | Saturday, April 24, 2021 9:38:57 PM |

You sickening dirty piece of anti-White racist kike DOG SHIT:

You, your disgusting hag wife ▮▮▮▮▮ will have the teeth smashed out of its worthless kike skull if you say ONE MORE WORD about "mandatory vaccines".

Sent with ProtonMail Secure Email.

6

| | |
|---|---|
| From: | naturtheateralhena |
| To: | NIH Executive Secretariat |
| Subject: | 6 Mandatory Shots in ▮ and ▮ worthless whore skulls |
| Date: | Saturday, April 24, 2021 9:41:11 PM |

Your daughters will be hunted, captured, tortured and shot in the back of the head if you say one more word about "mandatory vaccines" you vile piece of disgusting crypto-kike freemason DOG SHIT. Your daughters will be tied to trucks and have their arms and legs ripped off while you watch.

Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | NIH Executive Secretariat |
| Subject: | "White evangelicals" will smash your daughters" diseased whore skulls open |
| Date: | Saturday, April 24, 2021 9:42:51 PM |

ONe more word out of your kike snout about "mandatory" anything, and your daughters ▮ and ▮ will have their skulls smashed with crowbars.

Sent with ProtonMail Secure Email.

11. Approximately one month later, on May 27, 2021, Dr. Fauci received the following email from naturtheateralhena@protonmail.com with the subject line "Cutting your scalp off and sewing it onto a rat":

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Fauci, Anthony (NIH/NIAID) [E] |
| Subject: | Cutting your scalp off and sewing it onto a rat |
| Date: | Thursday, May 27, 2021 7:53:14 AM |

You are one sick fucking piece of shit elf. You would make Mengele blush. I hope you have every bone in your skull broken with crowbars and sledgehammers. I hope you have the teeth curbstomped out of your disgusting elf face, you dirty fucking liar and fraud.

https://www.lifenews.com/2021/05/04/scientists-use-scalps-from-aborted-babies-to-create-humanized-mice-and-fauci-is-funding-it/

I want you off my planet, you sickening little fuck.

Sent with ProtonMail Secure Email.

12. On July 21, 2021, Dr. Fauci received two emails from naturtheateralhena@protonmail.com with the subject line "Anthony Fauci is a liar and a fraud, and I would say that to his face":

> **From:** naturtheateralhena <naturtheateralhena@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 5:14 PM
> **To:** Fauci, Anthony (NIH/NIAID) [E]
> **Subject:** "Anthony Fauci is a liar and a fraud, and I would say that to his face"
>
> You know who said that, you dirty fucking elf, and you know he's right.
>
> I will smash every bone in your worthless, venal, criminal elf skull. I will slaughter your entire family. You will pay with your childrens' blood for your crimes, you sickening fucking piece of shit.
>
> Sent with ProtonMail Secure Email.

> **From:** naturtheateralhena <naturtheateralhena@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 5:16 PM
> **To:** Fauci, Anthony (NIH/NIAID) [E]
> **Subject:** RE: "Anthony Fauci is a liar and a fraud, and I would say that to his face"
>
> I would encourage you to buy a gun, stick the barrel in your filthy elf maw, and pull the trigger, because it will be better for you than being hunted, tortured, beaten, enslaved, and given six mandatory shots in the back of your worthless elf piece of shit skull
>
> Sent with ProtonMail Secure Email.

### III.   CONNALLY's Control of naturtheateralhena@protonmail.com

13. Through the Swiss Confederation, ProtonMail provided registration details regarding naturtheateralhena@protonmail.com.  The email account was registered on February 4, 2018.

14. Pursuant to legal process, agents discovered that naturtheateralhena@protonmail.com was linked, for verification purposes, to the creator of the similar Instagram username "Naturtheater Alhena."  Additionally, the Instagram account was created on May 14, 2020, from an Internet Protocol ("IP") address that was associated since April 17, 2014, to a property rented by **CONNALLY** from April 16, 2020, through June 1, 2020, which includes the date when the "Naturtheater Alhena" Instagram account was created.

8

15. On April 27, 2020, **CONNALLY** executed an extension of his rental of the cabin, using the same IP address that was used to create the "Naturtheater Alhena" Instagram account. In the rental extension, **CONNALLY** listed his phone number ending in 1340 and a separate email account in his name at mail.com (the "Mail.com Account").

16. Pursuant to a search warrant, law enforcement obtained emails from the Mail.com Account showing that **CONNALLY** had been consistently using this account since July 2014. **CONNALLY** used the Mail.com Account to communicate with naturtheateralhena@protonmail.com and two additional ProtonMail accounts in his name. One of the additional ProtonMail accounts ("**CONNALLY** ProtonMail Account") was registered on January 31, 2018, four days before **CONNALLY** registered naturtheateralhena@protonmail.com. On February 28, 2018, **CONNALLY** sent an email from the Mail.com Account to another individual advising them that the **CONNALLY** ProtonMail Account was **CONNALLY**'s new account and that future communications should be directed to that account. Explaining why he switched to ProtonMail, **CONNALLY** highlighted that ProtonMail "[f]alls under Swiss privacy laws" and had "[f]ull end-to-end encryption." A review of the Mail.com Account returns showed that **CONNALLY** communicated between his Mail.com Account and the **CONNALLY** ProtonMail Account or copied the **CONNALLY** ProtonMail Account on emails sent to other individuals.

17. On July 22, 2019, **CONNALLY** used the **CONNALLY** ProtonMail Account to email the Mail.com Account. The subject and body of the email contained the same text: "Naturtheater for logic and MainStage." Logic Pro is an application for the production of music developed by Apple Inc. MainStage is also a music application developed by Apple Inc. for use in live performances. The Mail.com Account contained emails regarding Logic and MainStage.

For example, on March 10, 2020, **CONNALLY** used a Google account to send his Mail.com Account a link to a forum containing tips regarding how to use Logic. Similarly, on August 4, 2020, **CONNALLY** emailed himself using his Mail.com Account with the subject "stereo options." The email contained what appeared to be notes from **CONNALLY** regarding audio hardware he was looking to purchase that would work with Logic and MainStage (referred to as "MS" in the email). Based on my training and experience, I know that individuals who use an online alias may use such an alias in multiple different contexts, including as a username when registering for online accounts or with other companies and in some cases as passwords for accounts. Based on the above, I believe that **CONNALLY** used "Naturtheater"—a variation on the email account used to send the threatening emails—to register for Logic and MainStage or to purchase these software applications.

18. On January 20, 2020, naturtheateralhena@protonmail.com sent an email to the Mail.com Account with the subject, "JOBS SHORT LIST." The email contained twelve links to Indeed.com, which is a website for job listings. The links were for open technical writer positions with various companies. A review of the Mail.com Account revealed **CONNALLY**'s resume. On his resume, **CONNALLY** describes himself as an "Information Architect, Editor, Senior Technical Writer." **CONNALLY**'s resume shows that he has been a technical writer since around 1996. A review of the Mail.com account shows approximately thirty-nine emails from Indeed.com, including that **CONNALLY** had an account with Indeed.com, that **CONNALLY** posted his resume on Indeed.com, and that **CONNALLY** applied for technical writer positions on Indeed.com. Additionally, at around the time when **CONNALLY**'s Mail.com Account received the list of jobs from the naturtheateralhena@protonmail.com account, on January 28, 2020, **CONNALLY** communicated with job headhunters regarding remote technical writer positions.

19.     **CONNALLY** also emailed himself usernames and passwords for his accounts, including naturtheateralhena@protonmail.com. For example, on November 25, 2019, naturtheateralhena@protonmail.com sent an email to the Mail.com Account with the subject, "naturtheateralhena." The body of the email contained what, based on my training and experience, appears to be a password. Subsequently, on June 4, 2020, **CONNALLY**'s Mail.com Account received an email from a ProtonMail account ("**CONNALLY** Second ProtonMail Account") with the subject "addresses." The body of the June 4, 2020, email contained what, based on my training and experience, appear to be a username and password. On the same day, **CONNALLY**'s Mail.com Account received a second email from the **CONNALLY** Second ProtonMail Account with the subject "addresses2." The body of the email contained what, based on my training and experience, appear to be information related to a username and password.

20.     Based on my training and experience working with Digital Investigators from HHS-OIG's Digital Investigation Branch, I know that individuals who possess and operate multiple accounts, including email accounts, store details regarding their accounts in locations that are only accessible by the owner. This can include sending the usernames and passwords for the accounts to a personal email account. I believe that **CONNALLY** emailed himself the password for the naturtheateralhena@protonmail.com on November 25, 2019. Subsequently, on June 4, 2020, using the **CONNALLY** Second ProtonMail Account, **CONNALLY** emailed himself passwords for the ProtonMail accounts in his control, including the **CONNALLY** ProtonMail Account, the **CONNALLY** Second ProtonMail Account, and naturtheateralhena@protonmail.com. Based on the fact that all three accounts have similar passwords, and the other information above, I believe that **CONNALLY** controls the three accounts.

21. **CONNALLY**'s correspondence using his Mail.com Account confirms that he sent the threatening emails to Dr. Fauci and other officials at NIH.

22. For example, using his Mail.com Account, on May 21, 2020, **CONNALLY** wrote to another individual discussing Dr. Fauci:

> You mentioned that you can see by looking at his face that he's a man of God: It's interesting, looking at Anthony Fauci's face, how I see exactly the opposite. If you see a pic of him where he's looking straight into the camera - this guy looks like pure evil to me.
> Fauci has a long history in medical fraud. There's a professor at Berkeley when I was there, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He's one of the leading molecular biologists in the world, and back in the 80s (and still today) he questioned the notion that AIDS is caused by HIV, which caused him endless persecution - they couldn't get him fired though because he's tenured. Well guess who propped up this notion of HIV-AIDS connection, and the BILLIONS in profit selling "anti-HIV" drugs: Anthony Fauci.

Notably, **CONNALLY** espoused views that Dr. Fauci was engaged in fraud regarding HIV and AIDS, which (as noted above) was one of the topics of the first email sent to Dr. Fauci from naturtheateralhena@protonmail.com on December 28, 2020.

23. Prior to this, on April 8, 2020, **CONNALLY** communicated with this same individual. **CONNALLY** referred to Dr. Fauci as a "fear-mongering douche" and forwarded an article regarding Bill Gates's involvement with the pandemic based on the Bill and Melinda Gates Foundation and the World Economic Forum partnering with the John Hopkins Center for Health Security to host a program entitled "Event 201." Subsequently, Gates was mentioned in the threatening emails on April 24, 2021, to Dr. Francis Collins, the current Director of the NIH, discussed above.

24. Finally, **CONNALLY** sent an email to an individual on June 17, 2021, regarding Kary Mullis, who invented the polymerase chain reaction (PCR) technique. Mullis (who passed away in August 2019) was mentioned in the emails to Dr. Fauci from naturtheateralhena@protonmail.com on December 28, 2020, and April 24, 2021, as described above.

12

## Conclusion

25.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that **CONNALLY** used the email account naturtheateralhena@protonmail.com to commit violations of 18 U.S.C. §§ 115(b)(4) and 875(c) from approximately December 28, 2020, to July 21, 2021.

*Brett D. Rowland*
Special Agent Brett D. Rowland
U.S. Department of Health and Human Services –
Office of Inspector General

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this 26th day of July, 2021.

_____
Honorable Timothy J. Sullivan
United States, Magistrate Judge