RRR/JCC: USAO 2021R00344

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | * |
| **THOMAS PATRICK CONNALLY, JR.** | *    CASE NO. 21-mj-2170-TJS |
| | * |
| Defendant. | *    **FILED UNDER SEAL** |
| | * |
| | * |
| | * |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland and Rajeev R. Raghavan, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Criminal Complaint, Arrest Warrant, and Affidavit in the above-captioned matter. Disclosure of these documents would enable the defendant to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,
Jonathan F. Lenzner
Acting United States Attorney

By: _____
Rajeev R. Raghavan
Assistant United States Attorney

**ORDERED** as prayed, this 26th day of July, 2021.

_____
Honorable Timothy J. Sullivan
United States Magistrate Judge