IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| THOMAS PATRICK CONNALLY, JR. | * | CRIMINAL NO. 21-MJ-2170-TJS |
| Defendant. | * | |

\*\*\*\*\*\*\*

## MOTION TO UNSEAL

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Rajeev R. Ragahvan Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Criminal Complaint and Affidavit, and all other docket entries in the above-captioned matter. The Defendant is in custody, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Criminal Complaint and all other docket entries be unsealed.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____
Rajeev R. Raghavan
Assistant United States Attorney

**ORDERED** as prayed, this 27th day of July, 2021.

_____
Honorable Timothy J. Sullivan
United States Magistrate Judge